**Thomas Shane MATHERLY,**
**Petitioner–Appellant,**

v.

**Tracy W. JOHNS, Respondent–Appellee.**

**No. 11–6237.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 4, 2011.

Thomas Shane Matherly, Appellant Pro Se. Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Matherly appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matherly v. Johns*, No. 5:10–hc–02091–BO, 2011 WL 317748 (E.D.N.C. Jan. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*